IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED, and SCHERING CORPORATION,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No._____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1(a), the following is a list of parent corporations and publicly held corporations that own 10% or more of the stock of plaintiffs:

**I.    PARENT CORPORATIONS**

1.  Schering-Plough Corporation is the parent company of Schering Corporation.

2.  Cancer Research UK is the parent company of Cancer Research Technology Limited.

**II.   PUBLICLY HELD COMPANIES OWNING 10%OR MORE STOCK**

1.  As of July 20, 2007, Schering-Plough Corporation owns 100% of Schering Corporation.  No other publicly held company owns more than 10% stock in Schering Corporation.

2.  As of July 20, 2007, Cancer Research UK owns 100% of Cancer Research Technology Limited.  Cancer Research UK is an English company limited by guarantee and

registered charity. No other publicly held company owns more than 10% stock in Cancer Research Technology Limited.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Chase Manhattan Centre, 18th Floor
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs*
  *Cancer Research Technology Limited*
  *and Schering Corporation*

OF COUNSEL:

Jesse J. Jenner
Denise L. Loring
Christopher J. Harnett
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

July 20, 2007

972451