AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

CANCER RESEARCH TECHNOLOGY LIMITED
and SCHERING CORPORATION
V.

BARR LABORATORIES, INC. and
BARR PHARMACEUTICALS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-457

TO: (Name and address of Defendant)

Barr Laboratories, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jack B. Blumenfeld (#1014); Rodger D. Smith II (#3778)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    7-20-07

CLERK                                              DATE

Beth Duran

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |  |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/23/07 | |
| NAME OF SERVER *(PRINT)* Richard R. Ley | TITLE Driver | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: __CSC 2711 Centerville Road__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: __Mary T. Drummond__

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __7/23/07__
           Date

Signature of Server: Richard Ley

Address of Server: __800 King St.__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.