## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | CASE NO. 1:07-cv-00457 *** |

## DEFENDANTS' RULE 7.1 DISCLOSURE

Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. make the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

Defendant Barr Laboratories, Inc. is a wholly-owned subsidiary of Defendant Barr Pharmaceuticals, Inc.   Barr Pharmaceuticals, Inc. is publicly traded on the New York Stock Exchange under the ticker symbol BRL.   To the best of our knowledge as of the date hereof, no publicly-held corporation or parent corporation currently owns 10% or more of Barr Pharmaceutical's stock.

Dated: August 13, 2007

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: _Brian E. Farnan_____
John C. Phillips, Jr., Esquire (#110)
Brian E. Farnan, Esquire (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

Of Counsel:
George C. Lombardi
Taras A. Gracey
Stephanie S. McCallum
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

                                        Attorneys for Defendants