# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

September 14, 2007

The Honorable Mary Pat Thynge                    *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Cancer Research Technology, Ltd. et al. v. Barr Laboratories, Inc. et al.*
C.A. No. 07-457 (***)

Dear Judge Thynge:

At the September 12, 2007 Scheduling Conference, defendants' counsel argued that defendants needed additional time to complete fact discovery because the inventors did not reside in the United States and were not employees of plaintiffs. Defendants' counsel stated that additional time would be required if they had to resort to the Hague Convention.

Plaintiffs have now obtained agreement of three of the four living inventors to appear in United States-style depositions in the countries of their residence and that, therefore, it will not be necessary to rely upon the Hague Convention. The fourth inventor, Dr. Lunt, is elderly. We are scheduling a meeting with him to obtain his consent to be deposed.

At most, one elderly inventor is at issue and that can be dealt with by special arrangement, if necessary, with no need for several additional months of wide-open fact discovery. Accordingly, plaintiffs respectfully submit that their proposed schedule will provide ample time for completion of fact discovery, including the inventors' depositions.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/dlb
cc:   Clerk of the Court (Via Hand Delivery)
      John C. Phillips, Jr., Esquire (Via Electronic Mail)
      Taras A. Gracey, Esquire (Via Electronic Mail)
      Denise L. Loring, Esquire (Via Electronic Mail)