IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | CASE NO. 1:07-cv-00457 *** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Mustafa A. Hersi, Esquire, of Winston Strawn LLP, 35 W. Wacker Drive, Chicago, IL 60601-9703, to represent Defendants in this matter.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ JCP

John C. Phillips, Jr., Esquire (#110)
Brian E. Farnan, Esquire (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

Attorneys for Defendants

Date: September 18, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                              The Honorable Mary Pat Thynge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid  X  to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ____ to the Clerk's Office upon the filing of this motion.

WINSTON & STRAWN LLP

_____
Mustafa A. Hersi, Esquire
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

Date: September 14, 2007

## CERTIFICATE OF SERVICE

I, John C. Phillips, Jr., hereby certify that on September 19, 2007, a copy of the attached Motion and Order for Admission Pro Hac Vice of Mustafa A. Hersi, Esquire, was served on the following via electronic service:

Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, Delaware 19899

Jesse J. Jenner
Denise L. Loring
Christopher J. Harnett
Ropes & Gray LLP
1211 Avenue of Americas
New York, NY 10036

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: /s/ JCP
John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
jcp@pgslaw.com