IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-457 (***) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for the parties to submit a proposed Protective Order pursuant to paragraph 4 of the Scheduling Order (D.I. 24) is extended until October 17, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP                PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Rodger D. Smith II (#3778)*                                       */s/ John C. Phillips, Jr. (#110)*
Jack B. Blumenfeld (#1014)                                             John C. Phillips, Jr. (#110)
Rodger D. Smith II (#3778)                                              Brian E. Farnan (#4089)
1201 N. Market Street                                                         1200 North Broom Street
P.O. Box 1347                                                                       Wilmington, DE  19806
Wilmington, DE  19899                                                    jcp@pgslaw.com
(302) 658-9200                                                                    bef@pgslaw.com
jblumenfeld@mnat.com
rsmith@mnat.com                                                              *Attorneys for Defendants*
                                                                                             *Barr Laboratories, Inc. and*
*Attorneys for Plaintiffs*                                                     *Barr Pharmaceuticals Inc.*
*Cancer Research Technology Limited and*
*Schering Corporation.*

IT IS SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

1253635