IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHOLOGY LIMITED and SCHERING CORPORATION,<br><br>              Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC.,<br><br>              Defendants. | C.A. No. 07-457 (***)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on October 8, 2007, two copies of (i) Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Objections and Responses to Plaintiffs' First Set of Interrogatories; and (ii) Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Responses and Objections to Plaintiffs' First Set of Requests for Documents and Things were served on the following as indicated below:

<u>Via Hand Delivery</u>
Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, Delaware 19899

<u>Via Federal Express</u>
Jesse J. Jenner
Denise L. Loring
Christopher J. Harnett
Ropes & Gray LLP
1211 Avenue of Americas
New York, NY 10036