IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-457 (***)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for the parties to submit a proposed Protective Order pursuant to paragraph 4 of the Scheduling Order (D.I. 24) is extended until October 24, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP    PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ Rodger D. Smith II*  
Jack B. Blumenfeld (#1014)  
Rodger D. Smith II (#3778)  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
jblumenfeld@mnat.com  
rsmith@mnat.com  

*Attorneys for Plaintiffs*  
*Cancer Research Technology Limited and Schering Corporation.*

*/s/ John C. Phillips, Jr.*  
John C. Phillips, Jr. (#110)  
Brian E. Farnan (#4089)  
1200 North Broom Street  
Wilmington, DE 19806  
jcp@pgslaw.com  
bef@pgslaw.com  

*Attorneys for Defendants*  
*Barr Laboratories, Inc. and Barr Pharmaceuticals Inc.*

IT IS SO ORDERED this _____ day of _____, 2007.

_____  
United States District Judge

1253635