IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-457 (***) |
| v. | ) ) ) | |
| BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for the parties to submit a proposed Protective Order pursuant to paragraph 4 of the Scheduling Order (D.I. 24) is extended until October 31, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          PHILLIPS, GOLDMAN & SPENCE, P.A.


/s/ Rodger D. Smith II                                    /s/ Brian E. Farnan
Jack B. Blumenfeld (#1014)                          John C. Phillips, Jr. (#110)
Rodger D. Smith II (#3778)                           Brian E. Farnan (#4089)
1201 N. Market Street                                   1200 North Broom Street
P.O. Box 1347                                               Wilmington, DE  19806
Wilmington, DE  19899                                 jcp@pgslaw.com
(302) 658-9200                                             bef@pgslaw.com
jblumenfeld@mnat.com
rsmith@mnat.com                                          *Attorneys for Defendants*
                                                                 *Barr Laboratories, Inc. and*
                                                                 *Barr Pharmaceuticals Inc.*
*Attorneys for Plaintiffs*
*Cancer Research Technology Limited and*
*Schering Corporation.*


IT IS SO ORDERED this ____ day of _____, 2007.


_____
United States District Judge


1253635