IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C. A. No. 07-457-*** |
| BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., | : : : : | |
| Defendants. | : | |

**AMENDED SCHEDULING ORDER**

At Wilmington this **5th** day of **November, 2007**.

IT IS ORDERED that the Scheduling Order dated September 19, 2007 is modified as follows:

    a.    Paragraph 3(f), Discovery Disputes, is replaced with the following:

    f.    Discovery Disputes.  Should counsel find they are unable to resolve a discovery dispute, the party seeking the relief shall contact chambers at (302) 573-6173 to schedule a telephone conference.  Not less than forty-eight hours prior to the conference, the party seeking relief shall file with the Court a letter, not to exceed three pages, outlining the issues in dispute and its position on those issues.  (The Court does not seek extensive argument or authorities at this point; it seeks simply a statement of the issue to be addressed and a summary of the basis for the party's position on the issue.)  Not less than twenty-four hours prior to the conference, any party opposing the application for relief may file a letter, not to exceed three pages, outlining that party's reasons for its opposition.  **Should any document(s) be filed under seal, a copy of the sealed**

**document(s) must be provided to the Magistrate Judge within one (1) hour of e-filing the document(s).**  Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it.  Disputes over protective orders are to be addressed in the first instance in accordance with this paragraph.

      b.    No case dispositive motions will be filed in this matter.  As a result, paragraph 10 is eliminated.

      c.    The due date for filing *Daubert* motions as contained in ¶ 3(e) is modified as to the date on which initial claim construction briefs are due.

      d.    Counsel shall provide a joint letter to the Court advising when briefing on claim construction issues is completed and confirming in that letter that discovery is completed.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE