# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

November 7, 2007

**BY E-FILING**

The Honorable Mary Pat Thynge
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   Cancer Research Technology, Ltd. et al. v. Barr Laboratories, Inc. et al.,
      C.A. No. 07-457 (***)

Dear Judge Thynge:

We represent plaintiffs Cancer Research Technology ("CRT") and Schering. Yesterday, in accordance with the Court's Scheduling Order, plaintiffs submitted a letter-brief addressing outstanding issues related to the protective order governing discovery in this matter. In that letter-brief, plaintiffs identified what plaintiffs understood to be the only two points of disagreement between plaintiffs and defendants based on several weeks of negotiations.

At 3:08 this afternoon, defendants submitted a letter-brief to Your Honor purportedly in response to plaintiffs' letter. Defendants did not address the issues raised in plaintiffs' letter-brief -- instead, defendants attached an entirely new protective order with provisions that defendants had not previously provided to plaintiffs over the course of more than two weeks of negotiations. Defendants' last minute substitution of an entirely new protective order less than a day before the hearing is highly prejudicial to plaintiffs. Plaintiffs respectfully request the opportunity to consider defendants' new proposal internally and to discuss that proposal with defendants. Accordingly, we respectfully request that the telephone conference scheduled for tomorrow afternoon be continued to a date during the week of November 12 at a time that is convenient for the Court to provide plaintiffs adequate time to consider and respond to defendants' new proposed protective order.

Respectfully,

Rodger D. Smith II

The Honorable Mary Pat Thynge
November 7, 2007
Page 2

cc: Clerk of the Court (By E-Filing)
John C. Phillips, Jr., Esquire (By E-Filing and E-Mail)
Brian E. Farnan, Esquire (By E-Filing and E-Mail)
Taras A. Gracey, Esquire (By E-Mail)
Jesse J. Jenner, Esquire (By E-Mail)

1308381