IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
CANCER RESEARCH                    )
TECHOLOGY LIMITED and              )
SCHERING CORPORATION,              )
                                   )
                Plaintiffs,       )       C.A. No. 07-457 (***)
                                   )
v.                                 )
                                   )       **JURY TRIAL DEMANDED**
                                   )
BARR LABORATORIES, INC., and       )
BARR PHARMACEUTICALS, INC.,        )
                                   )
                Defendants.       )
----------------------------------------------------------

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on November 9, 2007, two copies of Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Objections and Supplemental Responses to Plaintiffs' Interrogatories Nos. 1 and 4 were served on the following as indicated below:

<u>Via Hand Delivery</u>
Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, Delaware 19899

<u>Via Federal Express</u>
Jesse J. Jenner
Denise L. Loring
Matthew A. Traupman
Christopher J. Harnett
Ropes & Gray LLP
1211 Avenue of Americas
New York, NY 10036

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: /s/ Brian E. Farnan
John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
jcp@pgslaw.com

and

George C. Lombardi (admitted *pro hac vice*)
Taras A. Gracey (admitted *pro hac vice*)
Stephanie S. McCallum (admitted *pro hac vice*)
Mustafa A. Hersi (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

Attorneys for Defendants

Dated: November 12, 2007