# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN, III
BRIAN E. FARNAN
DAVID A. BILSON*
MELISSA E. CARGNINO

*PENNSYLVANIA BAR ONLY

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

November 13, 2007

**VIA E-FILING**
The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Wilmington, DE 19801

Re: Cancer Research Technology and Schering Corp. v. Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc., C.A. No. 07-457 (***)

Dear Judge Thynge:

We write in response to plaintiffs' November 12, 2007 letter regarding the parties' dispute over the appropriate language for a protective order in this matter. We believe that plaintiffs' letter is improper and should be stricken because it constitutes an unsolicited, unapproved third filing regarding the parties' dispute and was not filed more than 48 hours before the hearing. Nevertheless, in order to move this matter to a conclusion, defendants advise that they disagree with plaintiffs' characterizations of the dispute and will be prepared to discuss the same during the teleconference scheduled for 4:00 p.m. on Tuesday, November 13, 2007.

We look forward to speaking with you regarding these matters and are available at the convenience of the Court.

Respectfully submitted,

John C. Phillips, Jr. (DE Bar #110)

cc: Counsel of Record (via e-mail)