IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | CASE NO. 1:07-cv-00457 *** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Laura A. Vogel, Esquire, of Sterne, Kessler, Goldstein & Fox, P.L.L.C., 1100 New York Avenue, NW, Washington, DC 20005, to represent Defendants in this matter.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr., Esquire (#110)
Brian E. Farnan, Esquire (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com

Attorneys for Defendants

Date: November 19, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____       _____
                                                    The Honorable Mary Pat Thynge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, the Bar of the District of Columbia and the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid  X  to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ___ to the Clerk's Office upon the filing of this motion.

                                          STERNE, KESSLER, GOLDSTEIN
                                          & FOX, P.L.L.C.

                                          *Laura Vogel*
                                          Laura A. Vogel, Esquire
                                          1110 New York Avenue, NW
                                          Washington, DC 20005
                                          (202)371-2600

Date: November 19, 2007