IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION,<br><br>           Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-457 (***)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *CRT's and Schering's Responses to Defendants' First Set of Document Requests (Nos. 1-73)* and (2) *CRT's and Schering's Responses and Objections to Barr's First Set of Interrogatories (Nos. 1-11)* were caused to be served on November 26, 2007, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| George C. Lombardi, Esquire<br>Taras A. Gracey, Esquire<br>Stephanie S. McCallum, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II*

        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 N. Market Street
        Wilmington, DE 19899-1347
        (302) 658-9200
        jblumenfeld@mnat.com
        rsmith@mnat.com

        *Attorneys for Plaintiffs*
          *Cancer Research Technology Limited*
          *and Schering Corporation*

OF COUNSEL:

Jesse J. Jenner
Denise L. Loring
Christopher J. Harnett
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

November 26, 2007

1210638

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>John C. Phillips, Jr., Esquire
>Brian E. Farnan, Esquire
>PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused copies of the foregoing document to be served on November 26, 2007, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| George C. Lombardi, Esquire<br>Taras A. Gracey, Esquire<br>Stephanie S. McCallum, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |

/s/ *Rodger D. Smith II*
Rodger D. Smith II (#3778)