IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY, et al., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v.  )<br>)<br>BARR LABORATORIES, INC., )<br>et al., )<br>)<br>Defendants. ) | Civ. No. 07-457-SLR |

**ORDER**

At Wilmington this 11th day of February, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Wednesday, March 5, 2008**, at 8:30 a.m.  Counsel for plaintiffs shall coordinate and initiate this call.

_____
United States District Judge