IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC.,<br><br>        Defendants. | C.A. No. 07-457-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of CRT's and Schering's Supplemental Responses and Objections to Barr's Interrogatory Nos. 1, 2, 6 & 8 were caused to be served on March 19, 2008, upon the following in the manner indicated:

John C. Phillips, Jr., Esquire　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire　　　　　　　　　　　　　　　　　*and HAND DELIVERY*
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  19806

George C. Lombardi, Esquire　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Taras A. Gracey, Esquire　　　　　　　　　　　　　　　　　*and FIRST CLASS MAIL*
Stephanie S. McCallum, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601

                                                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Plaintiffs*
  *Cancer Research Technology Limited*
  *and Schering Corporation*

OF COUNSEL:

Jesse J. Jenner
Denise L. Loring
Christopher J. Harnett
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

March 19, 2008

1210638

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>John C. Phillips, Jr., Esquire
>Brian E. Farnan, Esquire
>PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused copies of the foregoing document to be served on March 19, 2008, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| George C. Lombardi, Esquire<br>Taras A. Gracey, Esquire<br>Stephanie S. McCallum, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 | *VIA ELECTRONIC MAIL*<br>*And FIRST CLASS MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)