IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CANCER RESEARCH TECHOLOGY LIMITED and SCHERING CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-457 (SLR) |
| v. | ) ) | |
| BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF SERVICE

I, JOHN C. PHILLIPS, JR., , hereby certify that on April 17, 2008, two copies of the *Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'S Supplemental Objections and Responses to Plaintiffs' Interrogatory No. 3* were served on the following as indicated below:

Via Hand Delivery
Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, Delaware 19899

Via Federal Express
Jesse J. Jenner
Denise L. Loring
Matthew A. Traupman
Christopher J. Harnett
Ropes & Gray LLP
1211 Avenue of Americas
New York, NY 10036

BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC.

By: /s/ John C. Phillips
John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom St.
Wilmington, DE 19806
Tele: (302) 655-4200
Fax: (302) 655-4210

-AND-

George C. Lombardi, Esquire
Taras A. Gracey, Esquire
Stephanie S. McCallum, Esquire
Mustafa A. Hersi, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I, John C. Phillips, Jr., hereby certify that on April 17, 2008, a copy of the attached *Notice of Service Regarding Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Supplemental Objections and Responses to Plaintiffs' Interrogatory No. 3* , was served on the following via electronic service:

Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, Delaware 19899

Jesse J. Jenner
Denise L. Loring
Christopher J. Harnett
Ropes & Gray LLP
1211 Avenue of Americas
New York, NY 10036

    Respectfully submitted,

    PHILLIPS, GOLDMAN & SPENCE, P.A.

    By: _____
    John C. Phillips, Jr. (#110)
    Brian E. Farnan (#4089)
    1200 North Broom Street
    Wilmington, DE 19806
    (302) 655-4200
    (302) 655-4210 (fax)
    jcp@pgslaw.com