IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-457 (SL:R)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*__**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Carla E. Sereny of ROPES & GRAY LLP, 1211 Avenue of the Americas, New York, NY 10036 to represent Plaintiffs Cancer Research Technology Limited and Schering Corporation in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Plaintiffs
  Cancer Research Technology Limited
  and Schering Corporation*

May 16, 2008
2331199

**ORDER GRANTING MOTION**

       IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of is granted.

Dated: _____

                                                      United States District Judge

**CERTIFICATE OF SERVICE**

        I hereby certify that on May 16, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> John C. Phillips, Jr., Esquire
> Brian E. Farnan, Esquire
> PHILLIPS, GOLDMAN & SPENCE, P.A.

        I further certify that I caused to be served copies of the foregoing document on May 16, 2008, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| George C. Lombardi, Esquire<br>Taras A. Gracey, Esquire<br>Stephanie S. McCallum, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith (#3778)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: *May 15, 2008*

*Carla E. Sereny*
Carla E. Sereny
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000