IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHOLOGY LIMITED and SCHERING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 07-457 (SLR) |

## BARR LABORATORIES INC.'S NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Barr Laboratories, Inc. ("Barr") will take depositions upon oral examination of each of the following persons:

| Deponent | Deposition Date | Deposition Location |
|---|---|---|
| Edward Lunt | July 14, 2008 | Winston & Strawn LLP<br>99 Gresham Street<br>London EC2V 7NG<br>United Kingdom |
| Kenneth Wooldridge | July 15, 2008 | Winston & Strawn LLP<br>99 Gresham Street<br>London EC2V 7NG<br>United Kingdom |

The oral examinations will be conducted before a court reporter, notary public, or other person authorized by law to administer oaths. The oral examination will be recorded by stenographic and videographic means, and will continue from day to day until completed. All

counsel of record are invited to attend the deposition and examine the deponent (or deponents) in accordance with the Rules.

Dated: June 25, 2008

BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC.

By: /s/ Brian E. Farnan

John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom St.
Wilmington, DE 19806
Tele: (302) 655-4200
Fax: (302) 655-4210

George C. Lombardi
Taras A. Gracey
Ivan M. Poullaos
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*

CERTIFICATE OF SERVICE

    I, Brian E. Farnan, hereby certify that on June 25, 2008, two copies of the foregoing Barr Laboratories, Inc.'s Notice of Depositions were served on the following as indicated below:

<u>Via Hand Delivery</u>
Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, Delaware 19899

<u>Via Federal Express</u>
Jesse J. Jenner
Denise L. Loring
Christopher J. Harnett
Ropes & Gray LLP
1211 Avenue of Americas
New York, NY 10036

/s/ Brian E. Farnan
Brian E. Farnan