IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-457-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Responses to Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.'s Third Set of Interrogatories (No. 14)* were caused to be served on July 7, 2008, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire <br> Brian E. Farnan, Esquire <br> PHILLIPS, GOLDMAN & SPENCE, P.A. <br> 1200 North Broom Street <br> Wilmington, DE  19806 | *VIA ELECTRONIC MAIL* <br> *and HAND DELIVERY* |
| George C. Lombardi, Esquire <br> Taras A. Gracey, Esquire <br> Stephanie S. McCallum, Esquire <br> Mustafa A. Hersi, Esquire <br> WINSTON & STRAWN LLP <br> 35 West Wacker Drive <br> Chicago, IL  60601 | *VIA ELECTRONIC MAIL* <br> *and FIRST CLASS MAIL* |

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Plaintiffs*
  *Cancer Research Technology Limited*
  *and Schering Corporation*

OF COUNSEL:

Jesse J. Jenner
Denise L. Loring
Christopher J. Harnett
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

July 7, 2008
1210638

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 7, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

      John C. Phillips, Jr., Esquire
      Brian E. Farnan, Esquire
      PHILLIPS, GOLDMAN & SPENCE, P.A.

    I further certify that I caused copies of the foregoing document to be served on July 7, 2008, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| George C. Lombardi, Esquire<br>Taras A. Gracey, Esquire<br>Stephanie S. McCallum, Esquire<br>Mustafa A. Hersi, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | *VIA ELECTRONIC MAIL*<br>*And FIRST CLASS MAIL* |

               */s/ Rodger D. Smith II*

               Rodger D. Smith II (#3778)