IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and, SCHERING CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 07-457 (SLR) |

**STIPULATION NOT TO CONTEST INFRINGEMENT**

IT IS HEREBY STIPULATED, CONSENTED, AND AGREED TO by and between the parties hereto as follows:

1. Plaintiffs Cancer Research Technology Limited ("CRT") and Schering Corporation ("Schering") (collectively "Plaintiffs") and defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. (collectively, "Barr") are parties to this patent infringement case involving U.S. Patent No. 5,260,291 ("the '291 patent").

2. Barr stipulates that the commercial use or sale of the drug products described in ANDA No. 78-879 and the Amendment to ANDA No. 78-879 infringe claims 1, 3, 5-7, 11-13, and 27 of the '291 patent, if valid and enforceable, under 35 U.S.C. § 271. Barr's stipulation of infringement is not intended to limit or otherwise affect Barr's ability to defend against Plaintiffs' infringement claims on any other ground, including, but not limited to, asserting defenses of invalidity and/or unenforceability of claims 1, 3, 5-7, 11-13, and 27 of the '291 patent.

3. Plaintiffs will not seek discovery from Barr directed solely to the issue of infringement of the '291 patent with respect to the issues of this case. Plaintiffs reserve the right to take any and all discovery directed to any other issue in the case.

4. Plaintiffs will not assert that the commercial manufacture, use, sale, offer for sale, or importation of the drug products presently set forth and described in ANDA No. 78-879 and the Amendment to ANDA No. 78-879 infringe any claim of the '291 patent, except claims 1, 3, 5-7, 11-13, and 27.

5. Plaintiffs and Barr reserve all rights to appeal any decision of this Court with respect to the issues of validity and/or enforceability of claims 1, 3, 5-7, 11-13, and 27 of the '291 patent, and the entry of any such judgment as it pertains to validity and/or unenforceability of those claims.

6. Plaintiffs withdraw with prejudice their claim of infringement of claim 2 of the '291 patent.

CONSENTED TO:

Dated: July 25, 2008

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ John C. Phillips, Jr.* |
| Jack B. Blumenfeld (#1014) | John C. Phillips, Jr. (#110) |
| Rodger D. Smith II (#3778) | Brian E. Faman (#4089) |
| 1201 N. Market Street | 1200 North Broom Street |
| Wilmington, DE 19899-1347 | Wilmington, DE 19806 |
| (302) 658-9200 | (302) 655-4200 |
| rsmith@mnat.com | jcp@pgslaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| *Cancer Research Technology Limited and Schering Corporation* | *Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.* |

OF COUNSEL:

Jesse J. Jenner
Denise L. Loring
Christopher J. Harnett
Matthew Traupman
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

OF COUNSEL:

George C. Lombardi
Taras A. Gracey
Ivan M. Poullaos
Julia Mano Johnson
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
(312) 558-5600


APPROVED, ORDERED and ENTERED this _____ day of _____, 2008.


_____
United States District Judge