IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC.,<br><br>        Defendants. | C.A. No. 07-457-SLR |

## NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(B)(6)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs Cancer Research Technology Ltd. and Schering Corporation (collectively, "Plaintiffs") will take the deposition by oral examination of defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. (collectively "Barr").

The deposition will commence at 9:30 a.m. on August 13, 2008, at the offices of Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, or at such other time and place as counsel may agree.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Barr is required to designate one or more officers, directors, managing agents, or other persons who will testify on its behalf with respect to each of the topics set forth in the attached Schedule A. In addition, Barr is requested to provide plaintiffs' counsel with written notice, at least one week in advance of the deposition, of the name and title of each witness who will testify on behalf of Barr, and the particular topic(s) set forth in Schedule A as to which each such witness will testify.

-2-

The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths, and will continue from day to day until completed, weekends and holidays excepted, with such adjournments as to time and place that may be necessary. The deposition will be recorded by sound, video and/or stenographic means.

You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Plaintiffs*
   *Cancer Research Technology Limited*
   *and Schering Corporation*

OF COUNSEL:

Jesse J. Jenner
Denise L. Loring
Christopher J. Harnett
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

Dated: July 30, 2008

2432023

## SCHEDULE A

### Definitions

Plaintiffs incorporate by reference the Definitions set forth in Plaintiffs' First Set of Requests for Production of Documents and Things (Nos. 1-29).

### Deposition Topics

1. The document produced by Barr at Bates number range BARR_TEMO_022471 to BARR_TEMO_022525, including without limitation the circumstances surrounding the preparation of the document, the contents of the document and the proper manner of interpretation of such document.

2. Any and all marketing data related to Barr's Temozolomide capsules, including without limitation internally developed market studies, market forecasts, research reports, business plans, competitive analyses, sales projections, strategic plans, promotional plans and marketing plans, as well as externally purchased reports or analyses related to the scope and growth of, and competition and trends within, the market for Barr's Temozolomide capsules.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> John C. Phillips, Jr., Esquire
> Brian E. Farnan, Esquire
> PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused copies of the foregoing document to be served on July 30, 2008, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| George C. Lombardi, Esquire<br>Taras A. Gracey, Esquire<br>Stephanie S. McCallum, Esquire<br>Mustafa A. Hersi, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 | *VIA ELECTRONIC MAIL*<br>*And FIRST CLASS MAIL* |

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)