IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH<br>TECHOLOGY LIMITED and<br>SCHERING CORPORATION,<br><br>     Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC., and<br>BARR PHARMACEUTICALS, INC.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 07-457 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Brian E. Farnan, hereby certify that on August 6, 2008, copies of:

(1) Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Second Supplement Objections and Responses to Plaintiffs' Interrogatory No. 3;

(2) Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s Fifth Set of Interrogatories; and

(3) Barr Laboratories, Inc.'s and Barr Pharmaceuticals, Inc.'s First Set of Requests for Admission to Plaintiffs

were served on the following as indicated below:

<u>Via Hand Delivery and E-Mail</u>
Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, Delaware 19899

<u>Via E-Mail</u>
Jesse J. Jenner
Denise L. Loring
Christopher J. Harnett
Ropes & Gray LLP
1211 Avenue of Americas
New York, NY 10036


Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.


By: /s/ Brian E. Farnan by JCP
John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
jcp@pgslaw.com

and

George C. Lombardi (admitted *pro hac vice*)
Taras A. Gracey (admitted *pro hac vice*)
Ivan M. Poullaos (admitted *pro hac vice*)
Julie Mano Johnson (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

Attorneys for Defendants


Dated: August 7, 2008