IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-457-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *CRT's and Schering's Second Supplemental Responses and Objections to Barr's Interrogatory Nos. 1, 3, 9, and 10;* (2) *Cancer Research Technology Limited's Objections to Rule 30(b)(6) Notice of Deposition*; and (3) *Schering Corporation's Objections to Rule 30(b)(6) Notice of Deposition* were caused to be served on August 7, 2008, upon the following in the manner indicated:

John C. Phillips, Jr., Esquire                                                      *VIA ELECTRONIC MAIL*
Brian E. Farnan, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806

George C. Lombardi, Esquire                                                  *VIA ELECTRONIC MAIL*
Taras A. Gracey, Esquire
Stephanie S. McCallum, Esquire
Mustafa A. Hersi, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

- 2 -

                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                      */s/ Rodger D. Smith II*
                      Jack B. Blumenfeld (#1014)
                      Rodger D. Smith II (#3778)
                      1201 N. Market Street
                      Wilmington, DE 19899-1347
                      (302) 658-9200
                      jblumenfeld@mnat.com
                      rsmith@mnat.com

                      *Attorneys for Plaintiffs*
                        *Cancer Research Technology Limited*
                        *and Schering Corporation*

OF COUNSEL:

Jesse J. Jenner
Denise L. Loring
Christopher J. Harnett
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

August 7, 2008
2441610

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> John C. Phillips, Jr., Esquire
> Brian E. Farnan, Esquire
> PHILLIPS, GOLDMAN & SPENCE, P.A.

I further certify that I caused copies of the foregoing document to be served on August 7, 2008, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Brian E. Farnan, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806 | *VIA ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>Taras A. Gracey, Esquire<br>Stephanie S. McCallum, Esquire<br>Mustafa A. Hersi, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)