IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION,<br>Plaintiff,<br><br>v.<br><br>BARR LABORATORIES, INC. AND BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 07-457 (SLR) |

STIPULATION REGARDING THE DEPOSITIONS OF
EDWARD LUNT, KENNETH WOOLDRIDGE, SUSAN FODEN AND TERRY MILLER

Pursuant to Fed. R. Civ. P. 29, plaintiffs Cancer Research Technology Limited and Schering Corporation and defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. (collectively "the parties") hereby stipulate as follows:

1. Plaintiffs will make Edward Lunt, Kenneth R. H. Wooldridge, Terry Miller and Susan Foden available for depositions in the United Kingdom on dates to be determined by the parties.

2. The aforementioned depositions will be taken in accordance with the Federal Rules of Civil Procedure.

3. The parties waive the requirements of Fed. R. Civ. P. 28 & 30(b)(5). However, the parties agree that the court reporter shall administer the same oath or affirmation as if the deposition were taken in the United States, and that no objections shall be made by the parties or witnesses to the competency of the court reporter to administer such an oath or affirmation or to the competency of the videographer based upon their citizenship or accreditation.

4.  The parties also agree that Drs. Lunt, Wooldridge, Foden, and Mr. Miller will be required to testify truthfully and under oath or affirmation, punishable by perjury under any applicable law in the United Kingdom, and Plaintiffs will not argue that such testimony is insufficient for use at trial in the United States.

5.  Pursuant to Fed. R. Civ. P. 29, the aforementioned depositions "may be used in the same way as any other deposition" and the parties expressly waive any objections to the admissibility of the any of the testimony of Drs. Lunt, Wooldridge, Foden and Mr. Miller based upon the fact that the depositions were taken outside the United States.

Dated: August 11, 2008

Agreed:

| | |
|---|---|
| /s/ Rodger D. Smith, II | /s/ Brian E. Farnan |
| Jack B. Blumenfeld (#1014) | John C. Phillips, Jr. (#110) |
| Rodger D. Smith II (#3778) | Brian E. Faman (#4089) |
| Morris, Nichols, Arsht & Tunnell LLP | Phillips, Goldman & Spence, P.A. |
| 1201 N. Market Street | 1200 North Broom Street |
| Wilmington, DE 19899-1347 | Wilmington, DE 19806 |
| (302) 658-9200 | (302) 655-4200 |
| | |
| Jesse J. Jenner | George C. Lombardi |
| Denise L. Loring | Taras A. Gracey |
| Christopher J. Harnett | Ivan M. Poullaos |
| Matthew A. Traupman | Julia Mano Johnson |
| ROPES & GRAY LLP | WINSTON & STRAWN LLP |
| 1211 Avenue of the Americas | 35 West Wacker Drive |
| New York, New York 10036 | Chicago, IL 60601 |
| (212) 596-9000 | (312) 558-5600 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| *Cancer Research Technology Limited and* | *Barr Laboratories, Inc. and Barr* |
| *Schering Corporation* | *Pharmaceuticals, Inc.* |

SO ORDERED this ____ day of _____, 2008.

_____
The Honorable Sue L. Robinson