IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CANCER RESEARCH TECHOLOGY LIMITED and SCHERING CORPORATION,<br><br>                Plaintiffs,<br><br>    v.<br><br>BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC.,<br><br>                Defendants. | C.A. No. 07-457 (SLR) |

### BARR LABORATORIES INC.'S NOTICE OF TRIAL DEPOSITIONS

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Barr Laboratories, Inc. ("Barr") will take depositions upon oral examination of each of the following persons:

| **Deponent** | **Deposition Date** | **Deposition Location** |
|---|---|---|
| Kenneth Wooldridge | August 15, 2008<br>9:30 a.m. | Lincoln Hotel<br>Eastgate 1<br>Lincoln LN21PN<br>United Kingdom |
| Edward Lunt | August 20, 2008<br>9:30 a.m. | Hilton Leicester<br>21 Junction Approach<br>Leicester LE3 2W<br>United Kingdom |
| Terry Miller | August 22, 2008<br>9:30 a.m. | Winston & Strawn<br>99 Gresham Street<br>London EC2V 7NG<br>United Kingdom |

The oral examinations will be conducted before a court reporter, notary public, or other person authorized by law to administer oaths. The oral examination will be recorded by

stenographic and videographic means, and will continue from day to day until completed. All counsel of record are invited to attend the deposition and examine the deponent (or deponents) in accordance with the Rules.

Dated: August 12, 2008

BARR LABORATORIES, INC. and
BARR PHARMACEUTICALS, INC.

By: *(signature)*

John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom St.
Wilmington, DE 19806
Tele: (302) 655-4200
Fax: (302) 655-4210

George C. Lombardi
Taras A. Gracey
Ivan M. Poullaos
Julia Mano Johnson
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tele: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc.*