IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHOLOGY LIMITED and SCHERING CORPORATION,<br><br>               Plaintiffs,<br><br>   v.<br><br>BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC.,<br><br>               Defendants. | C.A. No. 07-457 (SLR) |

## BARR LABORATORIES INC.'S NOTICE OF TRIAL DEPOSITIONS

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Barr Laboratories, Inc. ("Barr") will take depositions upon oral examination of each of the following persons:

| **Deponent** | **Deposition Date** | **Deposition Location** |
|---|---|---|
| Eugene C. Rzucidlo | September 10, 2008<br>9:30 a.m. | Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY  10166-4193 |
| Thomas D. Hoffman | September 11, 2008<br>9:30 a.m. | Winston & Strawn LLP<br>One Riverfront Plaza<br>Newark, New Jersey  07102-5401 |

The oral examinations will be conducted before a court reporter, notary public, or other person authorized by law to administer oaths.  The oral examination will be recorded by stenographic and videographic means, and will continue from day to day until completed.  All counsel of record are invited to attend the deposition and examine the deponent (or deponents) in accordance with the Rules.

Dated: September 4, 2008                     BARR LABORATORIES, INC. and
                                         BARR PHARMACEUTICALS, INC.


                                By:    /s/ Brian E. Farnan

                                       John C. Phillips, Jr. (#110)
                                       Brian E. Farnan (#4089)
                                       PHILLIPS, GOLDMAN & SPENCE, P.A.
                                       1200 North Broom St.
                                       Wilmington, DE 19806
                                       Tele:  (302) 655-4200
                                       Fax:  (302) 655-4210

                                       George C. Lombardi
                                       Taras A. Gracey
                                       Ivan M. Poullaos
                                       Julia Mano Johnson
                                       John R. McNair
                                       WINSTON & STRAWN LLP
                                       35 West Wacker Drive
                                       Chicago, Illinois 60601
                                       Tele: (312) 558-5600
                                       Fax: (312) 558-5700


                                       *Attorneys for Defendants Barr Laboratories,*
                                       *Inc. and Barr Pharmaceuticals, Inc.*