# Exhibit A

# GEORGE WASHINGTON UNIVERSITY
### Professional Record

**Name:**  Martin J. Adelman
*Office Address:*
George Washington University Law School
2000 H. St. N.W.
Washington, D.C. 20052
Phone: (202) 994-7703
madelman@law.gwu.edu

**Date Prepared:** December, 2007
*Home Address:*
29820 Woodland Drive
Southfield, MI 48034
Phone: (248)356-7553
Fax:     (248)356-7554

**Present Position:**

Theodore and James Pedas Family Professor of Intellectual Property and Technology Law, Co-Director of the Intellectual Property Program and Co-Director of the Dean Dinwoodey Center for Intellectual Property Studies, George Washington University Law School.

**Date and Place of Birth:**

February 22, 1937, Detroit, Michigan.

**Citizen of:**  U.S.A.

**Education**

High School:  Central High School, Detroit, Michigan, June 1954.

Baccalaureate:  A.B., University of Michigan, Ann Arbor, Michigan, June, 1958.

Graduate:  M.S. (Physics), University of Michigan, Ann Arbor, Michigan, August, 1959.

Law Degree:  University of Michigan, Ann Arbor, Michigan, June, 1962.

**Other Faculty Appointments**

Professor of Law, Wayne State University Law School, Detroit MI, 1973-1999, Professor Emeritus 1999--.

Visiting Professor of Law, University of Michigan Law School, Ann Arbor, Michigan, Winter 1982.

Visiting Professor of Law and Acting Director of the Intellectual Property program, George Washington University Law School, 1998-99.

Résumé of
**Martin J. Adelman**                                                                    page 2

## Professional Experience

Assistant Editor Michigan Law Review (1960-1962).

Research Assistant to Professor Samuel D. Estep (1960-1962).

Law Clerk, Chief Judge Theodore Levin, Federal District Court, Detroit, Michigan (1962-1963)

Associate, Honigman, Miller, Schwartz & Cohn, Detroit, Michigan (1963-64).

Patent Attorney, Burroughs Corp., Washington, D.C. (1964-1965).

Associate, Barnard, McGlynn & Reising, Birmingham, Michigan (1965-1968), Partner (1968-1973) in charge of patent, patent-antitrust, and related litigation.

## Professional Society Memberships:

American Bar Association,
American Intellectual Property Law Association,
Michigan Bar Association,
International Association for the Advancement of Teaching and Research in Intellectual Property.

## Service at Wayne State University

Acting Dean, Law School  (1974-75).
President, University Faculty Senate  (1976-1979).
Chair, Personnel Committee, Law School (1987-88).

## Professional Consultation

Testified as an expert on patent law and practice either at trial or by way of deposition in more than 190 patent infringement cases.

## Journal/Editorial Activity

Book Review Editor, The Antitrust Bulletin, 1980-1986.

## Publications

Résumé of
**Martin J. Adelman**                                                                                      page 3

### Scholarly Books

*Patent Law Perspectives*, 2d Ed., Matthew Bender (eight volumes)(continuously updated)(available through LEXIS).

*Cases and Materials on Patent Law, 2nd edition* (with Randall R. Rader, John R. Thomas and Harold C. Wegner), West 2003.

Chapter 74, *Patents*, in *Business and Commercial Litigation in Federal Courts* 2nd ed. (eight volumes)(continuously updated)(with Randall R. Rader), West 2005.

*Adelman, Rader, and Klancnik's Patent Law in a Nutshell* (Nutshell Series)(with Randall R. Rader and Gordon Klancnik), West 2008.

### Journal Articles

#### Refereed Papers:

An Antitrust Decision: *Lear v. Adkins*, 58 A.B.A.J. 45 (1972).

Territorial Restraints in International Technology Agreements after *Topco*, 17 Antitrust Bull. 763 (1972) (with Brooks), reprinted at 5 Pat. L. Rev. 457 (1973).

The Supreme Court, Market Structure, and Innovation: Chakrabarty, Rohm and Haas, 27 Antitrust Bull. 457 (1982).

#### Invited Articles:

Secrecy and Patenting: Some Proposals for Resolving the Conflict, 1 A.P.L.A. Quarterly J. 296 (1973), reprinted at 5 Pat. L. Rev. 57 (1973).

Relevant Market Paradox - Attempted and Completed Patent Fraud Monopolization, 28 Ohio State L.J. 289 (1977), reprinted at 10 Intellectual Property L. Rev. 115 and 8 J. of Reprints for Antitrust L. and Econ. 709.

Use of Industrial Property as a Clandestine Cartel, 30 (Supplement) Am. J. Comp. L. 1701 (1982).

Forward, Symposium: Perspectives on the General Motors-Toyota Joint Venture, 31 Wayne L. Rev. 1163 (1985).

The New World of Patents Created by the Court of Appeals for the Federal Circuit, 20 U. of Mich. J. L. Ref. 979 (1988).

Patents and the Seventh Amendment, Molengrafica, Eenvormig en vergelijkend

privaatrecht 357 (1993).

Damages and other financial remedies for Patent Infringement, AIPPI Annuaire 1995/IX, 274 (1995).

Prospects and Limits of the Patent Provision in the TRIPS Agreement: The Case of India, 29 Vand. J. Tranat'l L. 507 (1996)(with Baldia).

The Effect of the Seventh Amendment on Substantive American Patent Law, Molengrafica, Europees Privaatrecht 173 (1996).

The Exhaustion Doctrine in American Patent Law, Molengrafica, Europees Privaatrecht 247 (1997).

*NonRefereed Papers:*

State Control of Radiation Hazards:  An Intergovernmental Relations Problem, 60 Mich. L. Rev. 41 (1961) (with Estep).

Trade Secrets and Federal Pre-exemption - The Aftermath of Sears and Compco, 49 J. Pat. Off. Soc'y 713 (1967).

Inventions and the Law of Trade Secrets after *Lear v. Adkins*, 16 Wayne L. Rev. 77 (1969) (with Jaress), reprinted at 3 Pat. L. Rev. 231 (1971).

Patent-Antitrust Law:  A New Theory, 17 Wayne L. Rev. 1 (1971) (with Jaress), reprinted at 3 Pat. L. Rev. 231 (1971).

The Integrity of the Administrative Process, Sherman Section 2 and the Per Se Rules - Lessons of Fraud on the Patent Office, 19 Wayne L. Rev. 1 (1972) (with Brooks), reprinted at 55 J. Pat. Off. Soc'y 255 (1973) and 5 Pat. L. Rev. 413 (1973).

Patent-Antitrust:  Patent Dynamics and Field of Use Licensing, 50 N.Y.U. L. Rev. 273 (1975) (with Juenger), reprinted at 7 Pat. L. Rev. 495, and 8 J.of Reprints for Antitrust L. and Econ. 429.

Property Rights Theory and Patent-Antitrust:  The Role of Compulsory Licensing, 52 N.Y.U. L. Rev. 77 (1977), reprinted at 10 Intellectual Property L. Rev. 77 and 8 J. of Reprints for Antitrust L. and Econ. 287.

The Doctrine of Equivalents in Patent Law: Questions Pennwalt did not Answer, 137 U. of Penn. L. Rev. 673 (1989) (with Francione).

Is the Use of the Doctrine of Equivalents to Fix Mistakes a Mistake?, 27 N. Ky. L. Rev. 1021 (2000).

Résumé of
**Martin J. Adelman**                                                                                     page 5

*Book Reviews*

    *Academic Journals*

        Book Review, 25 Antitrust Bull. 891 (1980).
        Book Review, 26 Antitrust Bull. 447 (1981).
        Book Review, 27 Antitrust Bull. 275 (1982).
        Book Review, 28 Antitrust Bull. 491 (1983).

**Exhibit B:**
**Information Considered**

**Produced Documents:**

CRT_SCH00107812-00108106
CRT_SCH00108107-00108507
CRT_SCH00258746-00259073
CRT_SCH00259463-00259571
CRT_SCH00259572-00259577
CRT_SCH00267809-00267900
CRT_SCH00267901-00267952
CRT_SCH00267953-00268061

**Discovery Responses:**

Barr's Supplemental Objections and Responses To Plaintiffs' Third Set of Interrogatories (No. 17)
Barr's Objections and Responses To Plaintiffs' Second Set of Interrogatories (Nos. 6-8)
Plaintiffs' Responses To Barr's Fourth Set of Interrogatories (Nos. 15-21)

**Expert Reports:**

Expert Report of Nancy J. Linck, JD, Ph.D. (12/08/2008)
Excised Expert Report of Nancy J. Linck, JD, Ph.D. (12/08/2008)

# Exhibit B

# Exhibit C

### CASES IN WHICH MARTIN J. ADELMAN HAS APPEARED
### IN COURT AS A PATENT EXPERT

1. Calderon v. G.M.,* 206 U.S.P.Q. 782 (E.D. Mich. 1980).

2. Oakwood Mfg., v. Novi American,* 212 U.S.P.Q. 261 (E.D. Mich.1981), 213 U.S.P.Q. 1014 (E.D. MI. 1982).

3. Mead Digital Systems* v. A.B. Dick, 213 U.S.P.Q. 328  (S.D. Ohio 1981).

4. General Battery v. Gould,* 215 U.S.P.Q. 1007 (D.Del. 1982).

5. RCA v. Applied Digital Data Systems,* 217 U.S.P.Q. 421  (D.Del. 1983), rev'd 221 U.S.P.Q. 385 (Fed. Cir. 1984).

6. Alco Standard v. Westinghouse,* 1 U.S.P.Q.2d 1337
   (Fed. Cir. 1987).

7. Litton v. Whirlpool,* 221 U.S.P.Q. 97 (Fed. Cir. 1984).

8. Multifastener* v. MacLean-Fogg, 219 U.S.P.Q. 1074
   (E.D. Mich. 1983).

9. Jackson-Jordan* v. Plasser American, 219 U.S.P.Q. 922 (E.D. Va. 1983).

10. Foseco International* v. Fireline, 226 U.S.P.Q. 33
    (N.D. Ohio 1984).

11. Shatterproof* v. L.O.F., 225 U.S.P.Q. 634 (Fed. Cir. 1985).

12. Independent Die Association v. Ford Motor,* (E.D. Mich.).
    (Brooks & Kushman, Southfield, Michigan)

13. Stewart-Warner* v. City of Pontiac, 226 U.S.P.Q. 676  (Fed. Cir. 1985).

14. Witco Chemical v. Mobay,* 229 U.S.P.Q. 188 (Fed. Cir. 1986).

15. Tiegel Mfg v. Farmer Mold & Machine Works,* 225 U.S.P.Q. 1051(N.D. Fla. 1984).

16. Windsurfing* v. Bic Leisure, 227 U.S.P.Q. 927 (S.D.N.Y. 1985).

17. A.B.Dick v. Burroughs,* 230 U.S.P.Q. 849 (Fed. Cir. 1986).

18. Vieau v. Japax,* 230 U.S.P.Q. 500 (E.D. Mich. 1985).

CASES IN WHICH MARTIN J. ADELMAN HAS APPEARED
IN COURT AS A PATENT EXPERT

19. Kaepa v. Payless Shoesource,* (W.D. Tex. 1985).
    (Cox & Smith, San Antonio, Texas)

20. Hybritech* v. Monoclonal Antibodies, 227 U.S.P.Q. 215  (N.D. Cal. 1985).

21. Key Tronic v. Burroughs,* 861 F.2d 729 (Fed. Cir. 1988).

22. Ricon* v. Adaptive Driving Systems, 229 U.S.P.Q. 731  C.D. Cal.1986).

23. United States of America v. Telectronics,* 3 U.S.P.Q.2d 1571  (D.Col. 1987).

24. Andrew* v. Gabriel, 6 U.S.P.Q.2d 2011 (Fed. Cir. 1988).

25. ZMI v. Cardiac Resuscitator,* 2 U.S.P.Q.2d 1985
    (D. Ore. 1987).

26. Napp* v. BASF, (S.D. Cal.).
    (Lyon & Lyon, Los Angeles, California)

27. Gabriel v. Andrew,* 2 U.S.P.Q.2d 1792 (D. Maine 1987).

28. Carl Cooper v. Harris,* 902 F.2d 43 (Fed. Cir. 1989).

29. Dana* v. IPC, 8 U.S.P.Q.2d 1692 (Fed. Cir. 1988).

30. Gemveto Jewelry* v. Cooper, 694 F. Supp. 1085 (S.D.N.Y. 1988).

31. Gould v. Control Laser,* 9 U.S.P.Q.2d 1718 (Fed. Cir. 1989).

32. Haworth* v. Steelcase, 8 U.S.P.Q. 2d 1001 (W.D. Mich  1988).

33. Dana* v. NOK, 11 U.S.P.Q.2d 1883 (Fed. Cir. 1989).

34. Freeman* v. Minnesota Mining & Manufacturing,  9 U.S.P.Q.2d 1111 (D.Del. 1988).

35. Laitram v. IBM,* (E.D. Va.).
    (Cravath, Swaine & Moore, New York, N.Y.)

36. Hughes v. United States,* 31 Fed. Cl. 481 (Cl. Ct. 1994).

2

CASES IN WHICH MARTIN J. ADELMAN HAS APPEARED
IN COURT AS A PATENT EXPERT

37. Pioneer Research v. Wilson Laboratories,* 12 U.S.P.Q.2d 1432   (M.D. Cal.1989).

38. T.T.I.-Vend A. Video* v. Flixcorp of America, (S.D. Cal.  1989).

39. Standard Manufacturing v. United States,* 25 Cl. Ct. 1 (Cl. Ct. 1991).

40. National Semiconductor Corp. v. Linear Technology Corp.,* (N.D. Cal.).
    (Fish & Neave, New York, N.Y.)

41. Ralston Purina v. A. E. Staley,* 909 F.2d 1494
    (Fed. Cir. 1990).

42. Polaroid* v. Kodak, 16 U.S.P.Q.2d 1481 (D. Mass. 1990).

43. Lemelson v. General Mills,* 968 F.2d 1202 (Fed. Cir. 1992).

44. Kearns v. Ford Motor,* 19 U.S.P.Q. 2d 1838
    (E.D. Mich. 1990).

45. Envirotech* v. Amstar, (D. Utah).
    (Carl A. Rowold, Baker Hughes, Houston, Texas)

46. Corning Glass* v. Lightwave, 19 U.S.P.Q.2d 1838
    (S.D.N.Y. 1991)

47. Arrow* & Howes v. Medcomp & AHS 16 U.S.P.Q.2d 1671
    (E.D. Pa. 1990).

48. Ortho Pharmaceutical* v. American Home Products,
    18 U.S.P.Q.2d. 1977 (E.D. Pa. 1990).

49. Solarex v. Arco Solar and Siemens Solar,* 805 F. Supp. 252
    (D. Del. 1992).

50. Minnesota Mining & Manufacturing v. Johnson & Johnson,* 22 U.S.P.Q.2d 1401 (D. Minn. 1991).

51. Kingsdown v. Hollister,* 1992 U.S. Dist. LEXIS 11882
    (N.D. Ill. 1992).

CASES IN WHICH MARTIN J. ADELMAN HAS APPEARED
IN COURT AS A PATENT EXPERT

52. Molins PLC and Smith v. Textron,* 26 U.S.P.Q.2d 1889 (D. Del.1992).

53. Smith Carona v. Pelikan,* 784 F. Supp. 452 (M.D. Tenn. 1992).
    (Reed Smith, Pittsburg, Pennsylvania)

54. Stx, Inc.* v. Franklin Sports Indus., 1991 WL 114385
    (Fed. Cir. 1991).

55. Chesebrough-Pond's USA* v. Benjamin Ansehl, 32 U.S.P.Q.2d 1225 (Fed. Cir. 1994).

56. American Cyanamid* v. U.S. Surgical, 30 U.S.P.Q.2d 1561
    (D. Conn. 1992).

57. Kearns v. Chrysler,* 31 U.S.P.Q.2d 1746 (Fed. Cir. 1994).

58. ORC* v. Time-Warner, discussed in 26 U.S.P.Q.2d 1718
    (D. Del. 1992).

59. Scripps v. Baxter,* 729 F. Supp. 1473(D. Del. 1990).

60. Exxon v. Lubrizol,* 26 U.S.P.Q.2d 1871 (S.D. Tex. 1993).

61. Baxter v. Spectramed,* (C.D. Cal. 1993).
    (Lyon & Lyon, Los Angeles, California)

62. Diasonics* v. Acuson, 1993 U.S. Dist. LEXIS  8871
    (N.D. Cal. 1993).

63. Concept Design* v. Duplitronics, 1995 U.S. App. LEXIS 848.

64. Gentex* v. Donnelly, 27 U.S.P.Q.2d 1714
    (W.D. Mich. 1993).

65. Sanders* v. Summagraphics, 19 U.S.P.Q.2d 1859
    (D. Conn 1991).

66. Refac v. Lotus Development,* 1995 U.S. Dist. LEXIS 4678  (S.D.N.Y. 1995).

67. Glaxo v. Novopharm,* 29 U.S.P.Q.2d 1126
    (E.D. N. C. 1993).

4

CASES IN WHICH MARTIN J. ADELMAN HAS APPEARED
IN COURT AS A PATENT EXPERT

68. Transmatic v. Mark IV,* 29 U.S.P.Q.2d 1541
    (E.D. Mich. 1993).

69. Schneider v. Scimed,* 852 F. Supp. 813 (D. Minn. 1993).

70. Teradyne v. Hewlett-Packard,* 1994 U.S. Dist. LEXIS 4806 (N.D. Cal. 1994).

71. Motor Wheel* v. Superior (E.D. Mich. 1994).
    (Jones Day, Cleveland, Ohio)

72. InterDigital Technology* v. QUALCOMM, 30 U.S.P.Q.2d 1205 (E.D. Pa. 1994).

73. Terumo* v. Cook and Wilson-Cook, (E.D. Va. 1994).
    (Fish & Richardson, Washington D.C.)

74. A & L v. ReSound,* (N.D. Cal. 1995).
    (Pillsbury Madison, San Francisco, California)

75. InterDigital Technology* v. Motorola, (D.Del. 1995).
    (Dickstein Shapiro, Washington, D.C.)

76. Enzo Biochem v. Calgene,* 27 U.S.P.Q.2d 1636 (D. Del 1993).

77. Hewlett-Packard* v. GenRad, (D. Mass 1995).
    (Pennie & Edmonds, New York, N.Y.)

78. Johns-Hopkins University v. Cellpro* (jury verdict for Cellpro), (D. Del. 1995).
    (Lyon & Lyon, Los Angeles, California)

79. Varian* v. Lam, (N.D. Cal. 1995).
    (Fish & Neave, New York, N.Y.)

80. Weatherchem Corp. v. J.L. Clark, Inc.,* ( U.S.P.Q.2d (N.D. Ohio 1996).

81. Odetics v. Storage Technology* (E.D. Va. 1996).
    (Pennie & Edmonds, Menlo Park, Cal.)

82. Emerson v. General Electric,* (E.D. Missouri 1996).
    (Welsh & Katz, Chicago, Illinois)

5

CASES IN WHICH MARTIN J. ADELMAN HAS APPEARED
IN COURT AS A PATENT EXPERT

83. Akro Corp.* v. Ken Luker, (N.D. Ohio 1996).
   (Bell, Seltzer, Raleigh, North Carolina)

84. Bard v. Boston Scientific,* (D. Del. 1997).
   (Fish & Richardson, Boston, Mass.)85.

86. Labatt v. Molson* (E.D. MI 1997).
   (Fitzpatrick, Cella, Harper & Scinto, New York, N.Y.)

87. R2* v. Ketcho (N.D. Ill. 1997)
   (Fish & Neave, New York)

88. Novo Nordisk* v. Genencor (D. Del. 1998)
   (Darby & Darby, New York, N.Y.).

89. Forest Labs* v. Abbott and Tokyo Tanabe
   (Fish & Neave, New York, N.Y.)

90. In the Matter of Schering-Plough Corp. (FTC Docket No. 9297).
   (FTC-Washington D.C.)

91. Symbol Technologies v. Lemelson (D. Nev. 2003)
   (Fish & Neave, New York, N.Y.)

92. Reiffin v. Microsoft (N.D. Cal. 2003)
   (Fish & Neave, Palo Alto, California)

93. Creo* v. Agfa, (D. Mass. 2003)
   (Hale & Dorr, New York, N.Y.)

94. Zenon Environmental v. United States Filter* (S.D. Cal. 2005)
   (Wilmer Cutler Pickering Hale & Dorr, Boston Ma.)

95. Minebea* v. Pabst (D.C.D.C. 2006)
   (Schulte, Roth & Zabell, New York, N.Y.)

96. In the Matter of Certain Nor and Nand Flash Memory (ITC 2006)
   (Wilmer Hale, Washington, DC)

CASES IN WHICH MARTIN J. ADELMAN HAS APPEARED
IN COURT AS A PATENT EXPERT

CASES IN WHICH MARTIN J. ADELMAN WAS DEPOSED AS A PATENT EXPERT

1. Sandvik v. Waukesha,* 640 F. Supp. 1139 (E.D. Wisc. 1986).

2. Coleco* v. Mattel, 79 Civ 4909 (S.D.N.Y.).
   (Davis Hoxie, New York, N.Y.)

3. Hemstreet v. Burroughs,* 1988 WL 93121 (Fed. Cir. 1988).

4. Ransburg v. Behr,* No. 80 74003 (E.D. Mich.).

5. Anthes v. Aluma,* No. 81-1877 (E.D. Pa.).

6. Horiba v. Beckman,* (E.D. Mich.).

7. Norfin* v. A.M., Case No. 82-B-4922 (N.D. Ill.).

8. Johns-Manville* v. Guardian, 13 U.S.P.Q.2d 1684
   (E.D. Mich. 1989).

9. Multi-Arc* v. Vac-Tec Systems, Inc., Civil No. H-85-6893 (D. Minn.).
   (Arnold White, Houston, Texas)

10. Afros, S.p.A.* v. Krauss-Maffei, 671 F. Supp. 1402
    (D. Del. 1987).

11. Truswal v. Gang-Nail,* discussed at 2 U.S.P.Q.2d 1034 (Fed. Cir. 1987).

12. Qume v. Toma* (ITC).
    (Baker & McKenzie, Washington, D.C.)

13. Abbott Laboratories v. Brennan,* 21 U.S.P.Q.2d 1192 (Fed. Cir. 1991).

14. Hughes Aircraft v. Ford Aerospace,* discussed in 8 U.S.P.Q.2d 1989 (Cl. Ct. 1989).

15. Lubrizol* v. Ethel (D. Del).
    (Jones Day, Cleveland, Ohio)

16. Bilgutay v. NCR*
    (Davis Hoxie, New York, N.Y.)

17. Deuer* v. Kent, 1990 WL 78997 (Fed. Cir. 1990).

18. Lever Bros.* v. Proctor & Gamble, 5 U.S.P.Q.2d 1239 (D.N.J. 1987).

CASES IN WHICH MARTIN J. ADELMAN WAS DEPOSED AS A PATENT EXPERT

19. Paramount v. Weyerhauser*


20. Pall* v. Cuno, 14 U.S.P.Q.2d 1815 (E.D.N.Y. 1989).

21. DuPont v. Polaroid Graphics,* 10 U.S.P.Q.2d 1579 (D.Del 1989).

22. ICI* v. Barr, 22 U.S.P.Q.2d 1906 (S.D.N.Y. 1992).

23. Rohm & Haas v. NL*
    (Burns Doane, Washington D.C.)

24. Weldotron* v. Hobart
    (Davis Hoxie, New York, N.Y.)

25. Information Resources* v. Test Marketing, 19 U.S.P.Q.2d 1743
    (S.D. Ohio 1991).

26. Leonard Studio* v. Desmar Corp., discussed at 18 U.S.P.Q.2d 1565 (Fed. Cir. 1991).


27. Advanced Cardiovascular Systems v. Scimed Life Systems,*
    12 U.S.P.Q.2d 1539 (Fed. Cir. 1989).

28. Baxter v. Abbott*
    (Jones Day, Chicago, Illinois)

29. Smith v. Amerson*
    (Christie Parker, Pasadena, California)

30. Hercules v. B.F. Goodrich*
    (Jones Day, Cleveland, Ohio)

31. Cadtrak v. Commodore*
    (Fish & Neave, New York, N.Y.)

32. Mabuchi* v. Johnson Controls, 1992 WL 276680 (Fed. Cir. 1992).

33. Burroughs-Wellcome v. Novopharm,* 29 U.S.P.Q.2d 1721 (E.D.N.C. 1993).

34. Gambro v. Baxter*
    (McAndrews, Held & Malloy, Chicago, Illinois)

CASES IN WHICH MARTIN J. ADELMAN WAS DEPOSED AS A PATENT EXPERT

35. Cyrix* v. Intel, 846 F. Supp. 522 (E.D. Tex. 1994).

36. Merck v. Alcon*
    (Fish & Neave, New York, N.Y.)

37. Nellcor* v. BOC Health Care
    (Fish & Neave, New York, N.Y.)

38. General Electric* v. Emerson
    (Welsh & Katz, Chicago, Illinois)

39. Lemelson v. Ford*
    (Fish & Neave, New York)

40. Lockwood* v. American Airlines
    (Lyon & Lyon, Costa Mesa, California)

41. Medical Graphics v. SensorMedics*
    (Lyon & Lyon, Los Angeles, California)

42. Stark* v. Advanced Magnetics
    (Goodwin,Procter, Boston, Mass.)

43. Abbott* v. Alra
    (Jones Day, Chicago)

44. Cury* v. Philip Morris
    (Pennie & Edmonds, New York, N.Y.)

45. Cochlear v. Advanced Bionics*
    (Fish & Neave, New York, N.Y.)

46. Lyndex v. Richmill*
    (Loeb & Loeb, Los Angeles, California)

47. Pitney Bowes, Inc. v. Sudbury Systems*
    (Nutter, McClennen & Fish, LLP, Boston, Mass.)

48. C.S. Telecom v. Hewlett-Packard*
    (Pennie & Edmonds, New York, N.Y.)

49. Nagel v. Ford Motor*

3

CASES IN WHICH MARTIN J. ADELMAN WAS DEPOSED AS A PATENT EXPERT

(Rader, Fishman & Grauer, Bloomfield Hills, MI)

50. Motorola* v. Rockwell
    (Fish & Neave, New York, N.Y.)

51. Ampex* v. Mitsubishi
    (Fish & Neave, New York, N.Y.)

52. Altera* v. Xilinx
    (Sullivan & Cromwell, New York, N.Y.)

53. Abbott* v. Geneva and Novopharm
    (Jones, Day, Chicago, Illinois)

54. Pitney-Bowes v. Hewlett-Packard*
    (Pennie & Edmonds, New York, N.Y.)

55. Varian* v. Lamb
    (Fish & Neave, New York, N.Y.)

56. Lockheed* v. Silicon Graphics
    (Scully, Scott, Murphy & Presser, Garden City, N.Y.)

57. Upjohn v. Mova Pharmaceutical*
    (Burns, Doane, Swecker & Mathis, Alexandria, Virginia)

58. PLC v. Cardiogenesis*
    (Lyon & Lyon, Los Angeles, CA.)

59. Berlex v. Biogen*
    (Hale & Dore, Boston, Mass.)

60. Hitachi v. Samsung*
    (Foley & Lardner, Washington, D.C.)

61. Fischer v. Trex*
    (Fish & Richardson, Boston, Mass)

62. Shell Oil v. ICI*
    (Scully, Scott, Murphy & Presser, Garden City, New York)

63. Process Resources v. Delta*

CASES IN WHICH MARTIN J. ADELMAN WAS DEPOSED AS A PATENT EXPERT

(Orrick, Herrington & Sutcliffe, New York, N.Y.)

64. Amazon.com v. Barnesandnoble.com*
    (Pennie & Edmonds, New York, N.Y.)

65. Kensey Nash v. Perclose*
    (Townsend and Townsend and Crew, San Francisco, CA)

66. Cordis* v. Boston Scientific
    (Patterson, Belknap et al. New York, N.Y.)

67. Advanced Energy Industries v. Astec America*
    (Fish & Neave, New York, N.Y.)

68. In the Matter of Hoechst Marion Roussel, Inc.
    (FTC, Washington DC)

69. Oxford Gene v. Affymetrix*
    (Orrick, Herrington & Sutcliffe, Palo Alto, CA)

70. U.S. Filter* v. Ionics
    (Hale and Dorr, Boston, MA)

71. Proctor & Gamble* v. Brita
    (Dorsey & Whitney LLP, Minneapolis, Minn.)

72. In the Matter of Certain Polyethylen Terephthalate Yarn
    (Pennie & Edmonds, Washington, D.C.)

73. Valitek v. Iomega*
    (Hale & Dorr, Boston, Mass.)

74. Dictaphone* v. Nice
    (Pennie & Edmonds, New York, N.Y.)

75. Mercexchange* v. Ebay
    (Hunton & Williams, Washington, D.C.)

76. Katz* v. Verizon
    (Fish & Neave, New York, N.Y.)

77. PharmaStem* v, Viacell

5

CASES IN WHICH MARTIN J. ADELMAN WAS DEPOSED AS A PATENT EXPERT

( Perkins Coie LLP , Menlo Park, CA)

78. Glaxo Group* v. Ranbaxy
    (Morgan Lewis, New York, N.Y.)

79. Syngentia Seeds v. Dow Agrosciences*
    (Orrick, Herrington & Sutcliffe, New York, N.Y.)

80. Muniauction* v. Thomson Corp.*
    (Hale & Dorr LLP, Washington, DC)

81. In the Matter of Light-Emitting Diodes
    (Fish & Richardson, Washington D.C.)

82. In the Matter of Certain Personal Computers,
    Monitors and Components Thereof
    (DLA Piper Rudnick Gray Cary US LLP, San Diego, CA.)

83. SKB* v. Ranbaxy
    (Wilmer Cutler Pickering Hale & Dorr, Boston, Mass.)

84. Scimed* v. Medtronic
    (Jones Day, New York, NY)

85. Shire* v. Barr
    (Frommer Lawrence & Haug LLP, New York, NY)

86. Par* v. Roxane
    (Frommer Lawrence & Haug LLP, New York, NY)

87. Qualcomm v. Broadcom*
    (Wilmer Hale, Boston MA)

88. Qualcomm v. Broadcom*
    (McAndrews, Held & Malloy, Chicago, IL)

89. Semiconductor Energy Lab.* v. Chi Mei
    (Jenner & Block, Chicago, IL)

90. Amgen v. Roche*
    (Kaye Scholer, New York, NY)

6

CASES IN WHICH MARTIN J. ADELMAN WAS DEPOSED AS A PATENT EXPERT

91. Nidec Corp.* v. Victor Co. Of Japan
    (Morgan, Lewis & Bockius LLP, Palo Alto, CA)

92. In the Matter of Certain Bassinet Products
    (Arent Fox, Washington DC)

93. Sinomar Bioscience* v. Immunomedics
    (WilmerHale, Washington DC)


## ARBITRATIONS

94. Acrison* v. Hyer Industries (Special Master James F. Davis)
    (Davis Hoxie, New York, N.Y.)

95. Kaiser* v. Government of Israel, (arbitration before Messrs  Robert Rifkind, Evan Davis and
Thomas Munno involving a comparison of Israeli and United States infringement law)
    (Collette & Erickson, San Francisco, California)

96. Varian Semiconductor v. Applied Materials (arbitration of patent dispute before Messrs John
K. Uilkema, Harry F. Manbeck and Bryan Medlock)
(Fish & Neave, Palo Alto, California)

7