IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERLING CORPORATION,<br><br>            Plaintiffs,<br><br>      v.<br><br>BARR LABORATORIES, INC. and BARR PHARMACEUTICALS, INC.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 07-457-SLR<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 4th day of March, 2009, having reviewed various pending motions in the above captioned case;

IT IS ORDERED that:

1. The motions to strike the various legal experts (D.I. 133,148) are granted. To put the point differently, no legal experts shall be testifying at trial.

2. Defendants' motion for leave to file an amended answer (D.I. 93) is granted. The allegations contained in the proposed amended answer are detailed enough to pass muster under Fed. R. Civ. P. 9(b). With respect to the merits of said allegations, I conclude that there is no way to test the veracity of either said detailed allegations or plaintiffs' response thereto short of trial and, therefore, will require the parties to proceed with their proofs.

3. Plaintiffs' motion (D.I. 146) to preclude the testimony at trial of Clayton H.

Heathcock, PhD., on opinions relating to pre-clinical testing in mice (relevant to the above allegations of inequitable conduct) is conditionally granted. On the one hand, I do not believe that a scientist is precluded from offering opinions on testing just because he is not the one who conducted the testing. On the other hand, in order for such a scientist to offer a reliable opinion on the results of testing he did not conduct, he must demonstrate that the test data is the kind of data he routinely reviews and relies upon in a subject area in which he has acknowledged expertise. Because defendants have not responded to said motion, it is not clear to me whether Dr. Heathcock meets these requirements. If the parties contemplate a response from defendants, I will reconsider my decision in the context of said response.

_____
United States District Judge