IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANCER RESEARCH TECHNOLOGY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 07-457-SLR ) |
| BARR LABORATORIES, INC., et al., | ) ) ) |
| Defendants. | ) ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of January 26, 2010;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants and against plaintiffs.

_____
United States District Judge

Dated: 1/29/10

_____
(By) Deputy Clerk