IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CANCER RESEARCH TECHNOLOGY LIMITED and SCHERING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., and BARR PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 07-457-SLR |

## FINAL JUDGMENT ORDER

The Court, having conducted a trial in the above-referenced matter and having issued an Opinion on January 26, 2010, and the United States Court of Appeals for the Federal Circuit having issued an Opinion on November 9, 2010, and a mandate having issued from the United States Court of Appeals for the Federal Circuit on March 7, 2011, hereby enters judgment in the above-referenced matter as follows:

1. The generic temozolomide product of Barr Pharmaceuticals, Inc. (now Barr Pharmaceuticals, LLC) and Barr Laboratories, Inc. (collectively, "Barr") described in Abbreviated New Drug Application ("ANDA") No. 78-879 infringes claim 13 (the "Asserted Claim") of U.S. Patent No. 5,260,291 (the "'291 patent").

2. The validity of the '291 patent was not contested by Barr.

3. The '291 patent is not unenforceable.

4. Judgment is hereby entered in favor of Plaintiffs and against Barr on Plaintiffs' claim of infringement of the Asserted Claim.

5.  Judgment is hereby entered in favor of Plaintiffs and against Barr on Barr's counterclaims that the Asserted Claim is invalid and that the '291 patent is unenforceable.

SO ORDERED this 1st day of April, 2011.

_____
Sue L. Robinson
United States District Judge